UNITED STATES of America, Plaintiff–Appellee,

v.

Odilion SALGADO–CASTANEDA, a.k.a. Odilon Salgado–Castaneda, Defendant–Appellant.

No. 10–50590.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 11, 2011.*

Filed Aug. 17, 2011.

Rees F. Morgan, Assistant U.S., Bruce R. Castetter, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Amy Kapoor, Federal Public Defender, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: THOMAS, SILVERMAN, and CLIFTON, Circuit Judges.

MEMORANDUM **

Odilion Salgado–Castaneda appeals from the eight-month sentence imposed upon the revocation of supervised release.

Salgado–Castaneda has completed his custodial sentence and no additional term of supervision was imposed. This court ordered appellant to move for voluntary

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

dismissal, or show cause why the appeal should not be dismissed for lack of jurisdiction. To date, counsel has not responded. Accordingly, Salgado–Castaneda's appeal from the sentence is dismissed as moot. *See United States v. Palomba,* 182 F.3d 1121, 1123 (9th Cir.1999).

**DISMISSED.**

Before: THOMAS, SILVERMAN, and CLIFTON Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.